UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **CATINA MCGHEE** | **CIVIL ACTION** |
| **VERSUS** | |
| **PRIMERICA LIFE INSURANCE COMPANY** | **NO. 22-00873-BAJ-SDJ** |

### ORDER AND JUDGMENT

On September 14, 2023, the Magistrate Judge issued a **Report and Recommendation (Doc. 18, the "Report")** recommending that Plaintiff's **Motion to Remand (Doc. 8)** be granted, and that the above-captioned action be remanded to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana for lack of subject matter jurisdiction, due to Plaintiff having waived any right to seek or enforce any judgment over and above $75,000—*i.e.*, less than the minimum amount-in-controversy required for diversity jurisdiction under 28 U.S.C. § 1332. (*See* Doc. 18 at 4, 9). Defendant objects to the Report. (Doc. 20).

Having conducted a *de novo* review of Defendant's Notice of Removal (Doc. 1), the parties' arguments and law set forth in the parties' respective briefing of the remand issue (Docs. 8, 9, 14), Plaintiff's stipulation (Doc. 1-2 ¶ VII), Defendant's objection to the Report (Doc. 20), and related pleadings, the Court **APPROVES** the Magistrate Judge's Report and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motion to Remand (Doc. 8)** be and is

hereby **GRANTED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby immediately **REMANDED** to the Nineteenth Judicial District Court for the Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana, this 29th day of September, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**